BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-CR-00332 AWI |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| JOSE MANUEL CRUZ-SERVIN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, Benjamin B. Wagner, United States Attorney, and Wallace J. Lee, Special Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: September 18, 2012            Respectfully submitted,
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                By:   /s/ Wallace J. Lee
                                      WALLACE J. LEE
                                      Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:      September 20, 2012         /s/ signature
                                  CHIEF UNITED STATES DISTRICT JUDGE